**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. 3:24-cv-00124-TES |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| INSURIFY INSURANCE AGENCY, INC., | : | |
| | : | |
| Defendant. | : | |
| | / | |

**STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT INSURIFY INSURANCE AGENCY, INC. TO ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFF SARA TAYLOR'S**
**COMPLAINT (FIRST REQUEST)**

Pursuant to Local Rule 6.1, Plaintiff Sara Taylor ("Plaintiff") and Defendant

Insurify Insurance Agency, Inc. ("Insurify"), hereby stipulate to extend Insurify's

time to respond to the Complaint by 14 days, up to and including February 17, 2025.

In support of this stipulation, the parties state as follows:

1.    Plaintiff filed this Complaint on December 1, 2024.

2.    Plaintiff sent a Waiver of Service Summons to Insurify on December 2, 2024.

3.    Insurify executed the Waiver of Service of Summons on December 4, 2024.

4.      Insurify's current deadline to respond to Plaintiff's Complaint is February 4, 2025.

5.      Insurify requested that Plaintiff stipulate to a 14-day extension of time to respond to the Complaint. Plaintiff agreed to a 14-day extension.

6.      This is the first time that Insurify has requested an extension of time to respond to the Complaint.

ACCORDINGLY, IT IS HEREBY STIPULATED that Insurify shall respond to Plaintiff's Complaint no later than **February 17, 2025**.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 400-3382
Fax: (404) 537-1650

*Counsel for Defendant Insurify Agency, Inc.*

*/s/Anthony I. Paronich*
Anthony I. Paronich (subject to pro hac vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

anthony@paronichlaw.com

*Counsel for Plaintiff Sara Taylor*