# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **SARA TAYLOR**, *on behalf of herself and others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>**INSURIFY INSURANCE AGENCY, INC.**,<br><br>    *Defendant*. | **CIVIL ACTION NO.**<br>**3:24-cv-00124-TES** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Defendant Insurify Insurance Agency, Inc.'s Unopposed Motion for Extension of Time [Doc. 7]. Defendant seeks an additional two-week extension to file an answer or otherwise respond to Plaintiff's Complaint [Doc. 1], beyond the extension to which the parties previously stipulated. *See* [Doc. 7, ¶¶ 5–6, 9]; [Doc. 6]. Plaintiff does not oppose Defendant's request. *See* [Doc. 7, ¶ 9].

For good cause shown, the Court **GRANTS** Defendant's Unopposed Motion for Extension of Time [Doc. 7] and extends Defendant's deadline to file an answer or otherwise respond to Plaintiff's Complaint until **March 3, 2025**.

**SO ORDERED**, this 14th day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
